**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                           CASE NO.  3:08cr136LAC/MD

DAVID W. WEBB

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   July 2, 2009
Type of Motion/Pleading: REQUEST TO TRAVEL
Filed by: DEFENDANT         on 7/1/09        Document   73
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                                on _____ Doc.# _____
                                                on _____ Doc.# _____
                                                WILLIAM M. McCOOL, CLERK OF COURT

                                                */s/ Elizabeth Cooley*
                                                Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 2nd day of July, 2009, that:

(a)   The requested relief is GRANTED.

(b)   _____

                                                /s/ *Miles Davis*
                                              MILES DAVIS
                                              UNITED STATES MAGISTRATE JUDGE