UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS     CASE NO. 3:08cr136 LAC

DAVID WEBB

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on    August 18, 2009
Motion/Pleadings:   EX PARTE UNDER SEAL 1st MOTION FOR FUNDS (with CJA21 attached)
Filed by  DEFENDANT        on 8/14/09      Doc.# 86

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)    Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 2nd day of September, 2009, that:*

*(a) The relief requested is **GRANTED**.*

*(b)* _____

s/*L.A. Collier*
***LACEY A. COLLIER***
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.