# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                              CASE NO. 3:08cr136 LAC

DAVID WEBB

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   August 18, 2009
Motion/Pleadings: EX PARTE UNDER SEAL 1st MOTION FOR FUNDS (with CJA21 attached)
Filed by DEFENDANT on 8/14/09 Doc.# 86

RESPONSES:

                                        on              Doc.#
                                        on              Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        *s/Mary Maloy*
LC (1 OR 2)                    Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 2nd day of September, 2009, that:*
*(a) The relief requested is **GRANTED**.*
*(b)* _____

                                        *s/L.A. Collier*
                                        ***LACEY A. COLLIER***
                             *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.