# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                 CASE NO. 3:08cr136 LAC

DAVID WEBB

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __August 18, 2009__
Motion/Pleadings: __EX PARTE UNDER SEAL 2nd MOTION FOR FUNDS (with CJA21 attached)__
Filed by __DEFENDANT__ on __8/14/09__ Doc.# __87__

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated   ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)                            Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 2nd day of September, 2009, that:*

*(a) The relief requested is **GRANTED**.*

*(b)* _____

s/*L.A. Collier*
***LACEY A. COLLIER***
***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.