# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS    CASE NO. 3:08cr136 LAC

DAVID WEBB

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  August 18, 2009
Motion/Pleadings:  EX PARTE UNDER SEAL MOTION FOR EXPERT WITNESS
Filed by  DEFENDANT   on 8/14/09   Doc.# 88

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 2nd day of September, 2009, that:*

*(a) The relief requested is* ***GRANTED.***

*(b)* _____

s/*L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.