**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                     CASE NO.  3:08cr136 LAC

DAVID WEBB

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on     August 18, 2009

Motion/Pleadings:  EX PARTE UNDER SEAL MOTION FOR EXPERT WITNESS

Filed by  DEFENDANT             on 8/14/09          Doc.# 88

RESPONSES:

                                     on              Doc.#

                                     on              Doc.#

_____ Stipulated    _____ Joint Pldg.

_____ Unopposed    _____ Consented

                        WILLIAM M. McCOOL, CLERK OF COURT

                        *s/Mary Maloy*

LC (1 OR 2)             Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 2ⁿᵈ day of September, 2009, that:*

*(a) The relief requested is* ***GRANTED.***

*(b)* _____

_____

_____

                            *s/L.A. Collier*

                           ***LACEY A. COLLIER***
              ***Senior United States District Judge***

```
Entered On Docket: _____  By: ____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____
```

                      `Document No.`