**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                      CASE NO. 3:08cr136 LAC

DAVID W. WEBB

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on    July 20, 2009

Motion/Pleadings: IN CAMERA GOVERNMENT'S MOTION IN LIMINE

Filed by GOVERNMENT    on 7/16/09    Doc.# 79

RESPONSES:

                                      on             Doc.#

                                      on             Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 28th day of September, 2009, that:*

*(a) The relief requested is **GRANTED**.*

*(b) See record of proceedings.*

                                                                   *s/L.A. Collier*
                                                                    *LACEY A. COLLIER*
                                                   *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.