UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS   CASE NO. 3:08cr136 LAC

DAVID W. WEBB

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on September 1, 2009
Motion/Pleadings: DEFENDANT'S MOTION TO EXCLUDE GOVERNMENT'S EXPERT WITNESS
Filed by DEFENDANT on 9/1/09 Doc.# 97

RESPONSES:
IN OPPOSITION BY GOVERNMENT on 9/8/09 Doc.# 110
on Doc.#

___ Stipulated   ___ Joint Pldg.
___ Unopposed    ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)   Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 28th day of September, 2009, that:*
*(a) The relief requested is **DENIED**.*
*(b) See record of proceedings.*

s/*L.A. Collier*
*LACEY A. COLLIER*
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.