**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                   CASE NO. 3:08cr136 LAC

DAVID W. WEBB

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on    September 1, 2009
Motion/Pleadings: DEFENDANT'S MOTION TO SUPPRESS SEARCH
Filed by DEFENDANT       on 9/1/09     Doc.# 98

RESPONSES:
IN OPPOSITION BY GOVERNMENT   on 9/8/09     Doc.# 109
                                               on              Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed    _____ Consented

                                           WILLIAM M. McCOOL, CLERK OF COURT

                                           *s/Mary Maloy*
LC (1 OR 2)                      Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 28th day of September, 2009, that:*

*(a) The relief requested is **DENIED**.*

*(b) See record of hearing.*

                                                               s/*L.A. Collier*
                                                          *LACEY A. COLLIER*
                                             *Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.