UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.  Case No.  3:08cr136LAC

**DAVID W. WEBB**
_____/

## JUDGMENT OF ACQUITTAL ON JURY VERDICT

The above entitled cause came on for trial by a jury, and the jury having returned a verdict of not guilty as to Count Forty-One, it is thereupon

**ORDERED and ADJUDGED** that the defendant is **not guilty** of Count Forty-One as charged in this cause.

**DONE and ORDERED** at Pensacola, Florida, this 5th day of October, 2009.

s/*L.A. Collier*
LACEY A. COLLIER
Senior United States District Judge