**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

   VS                                             CASE NO. 3:08cr136 LAC

DAVID W. WEBB

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on __November 3, 2009__
Motion/Pleadings: __MOTION FOR BOND__
Filed by __DEFT__ on __10/26/09__ Doc.# __162__

RESPONSES:
GOVT'S OPPOSITION on __11/3/09__ Doc.# __163__
                                      on _____ Doc.# _____

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
LC (1 OR 2)                          Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 3rd day of November, 2009, that:*

*(a) The relief requested is **DENIED.***

*(b) 18 U.S.C. §3143 (a)(2).*

                                                           s/*L.A. Collier*
                                                            ***LACEY A. COLLIER***
                                                *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.